■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORINE KORNAKER, Appellant, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent.—Judgment unanimously affirmed for reasons stated at Monroe County Court, Egan, J. *(People ex rel. Kornaker v Meloni,* 134 Misc 2d 444; *see also, People ex rel. Knox v Kelly,* 126 AD2d 318, 320-321). (Appeal from judgment of Monroe County Court, Egan, J.—habeas corpus.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.